UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 05-CV-119-HRW

HORACE CORNELIU MILES, JR.                                    PETITIONER

VS:                         **JUDGMENT**

TERRY O'BRIEN                                                 RESPONDENT

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1) The petitioner, Horace Coreneliu Miles, Jr., who is currently confined at the Federal Correctional Institution in Ashland, Kentucky, has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

(2) The named respondent is Terry O'Brien, Warden of the Federal Correctional Institution in Ashland, Kentucky ("FCI-Ashland").

(3) The petition is **DISMISSED WITH PREJUDICE.**

(4) Judgment **IS ENTERED** in favor of the named respondent.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v.*

*Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(7) This matter [05-CV-119-HRW] **IS STRICKEN** from the active docket.

This 11th day of October, 2005.

HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE